AMERICAN

Blumberg Law Products
Summons—individual or multiple, defendant court, personal or substituted service, 12 pt. type, 4-94

SUPREME COURT:   NEW YORK COUNTY

CBS, INC.

Plaintiff(s)

against

COLLECTORS ART, INC., MARTIN HANCOCK,
LINDA HANCOCK, NANCY A. ROSS & HIGH RIDGE
PARTNERS, INC.

Defendant(s)

Index No.
Date purchased

Plaintiff(s) designate(s)
NEW YORK
County as the place of trial.

The basis of the venue is
**Plaintiff resides in**
New York County

𝔖𝔲𝔪𝔪𝔬𝔫𝔰
𝔴𝔦𝔱𝔥 𝔑𝔬𝔱𝔦𝔠𝔢

Plaintiff(s) reside(s) at
565 Fifth Avenue
New York, NY  10017
County of  New York

To the above named Defendant(s)

𝔜𝔬𝔲 𝔞𝔯𝔢 𝔥𝔢𝔯𝔢𝔟𝔶 𝔰𝔲𝔪𝔪𝔬𝔫𝔢𝔡 to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within    20    days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated,    March 19, 2007

Defendant's address:
Collectors & Hancock: 7710 Formula Place, Ste. A
                      San Diego, CA 92121
                      c/o: Charles T. Williams
Collectors: 1108 Heinz Dr., East Dundee, IL 60118
*    Notice: The nature of this action is

        Services Rendered

*Ross & High Ridge:  140 So. Dearborn St., Chicago, Il 60603

The relief sought is  Judgement for $214,990.00 plus interest, costs & disbursements

MARTIN S. COLE
Attorney(s) for Plaintiff

Office and Post Office Address
67 Wall Street, 22nd Floor
New York, NY  10005-3111
(212) 929-0606

NOT COMPARED
WITH COPY

NEW YORK
COUNTY CLERK'S OFFICE
MAR 2 0 2007

Upon your failure to appear, judgment will be taken against you by default for the sum of $214,990.00 with interest from  January 27, 2007                and the costs of this action.


EXHIBIT
A
tabbies

# COMPLETE THIS STUB

Endorse This INDEX NUMBER ON All Papers and advise your adversary of the number assigned. Sec. 202.5, Uniform Rules Of Trial Courts

Title of Action or Proceeding to be TYPED or PRINTED by applicant
**SUPREME COURT, NEW YORK COUNTY**

DO NOT DETACH

CBS, Inc

v.

Collectors Art, Inc.

**INDEX NUMBER FEE**
**$210.00**

07601018

SUPREME COURT: NEW YORK COUNTY
----------------------------------------------------------------X

CBS, INC.

                                 · Plaintiff

         -against-

COLLECTORS ART, INC., MARTIN HANCOCK,
LINDA HANCOCK, NANCY A. ROSS &
HIGH RIDGE PARTNERS, INC.

                              Defendants
----------------------------------------------------------------X

**COMPLAINT**

Index No.: 601018-07

Plaintiff, complaining of the defendants, by its attorney, Martin S. Cole, hereby alleges:

## AS AND FOR A FIRST CAUSE OF ACTION

1.    Plaintiff is a Delaware corporation, maintaining its offices and place of business in the City, County and State of New York and elsewhere in the United States.

2.    This cause of action arose in the City, County and State of New York.

3.    Defendant Collectors Art, Inc. is an Illinois corporation, maintaining its offices in the County of Cook, State of Illinois and also doing business in the State of New York.

4.    Defendants Martin Hancock and Linda Hancock reside in the State of Illinois and are the principals, principal stockholders, officers and directors of Collectors Art, Inc., and were and are in control of the business, affairs and finances of said corporation.

5.    Nancy A. Ross resides in the County of Cook, State of Illinois.

6.    High Ridge Partners, Inc. is an Illinois Corporation, residing in the County of Cook, State of Illinois.

7.    Defendant Ross was and is a principal, officer and director of High Ridge Partners, Inc.

8.    Heretofore, and from January 1, 2007 to January 27, 2007, plaintiff rendered television advertising services to defendant Collectors Art, Inc. at the agreed price of $214,990.00, no part of which has been paid although due and duly demanded.

9.    By reason of the foregoing, plaintiff has sustained damages in the sum of $214,990.00.

### AS AND FOR A SECOND CAUSE OF ACTION

10.    Plaintiff repeats and re alleges each and every allegation contained in paragraphs 1 through 9 of this complaint.

11.    During the month of January 2007, defendant Collectors Art, Inc. was (and is) insolvent, and unable to pay its creditors, including plaintiff herein.

12.    During said time, the Hancock defendants, as principals of Collectors Art, Inc., knew, or should have known, of the defunct and insolvent financial condition of Collectors Art, Inc., and that said corporation would be unable to pay its debts and obligations to its creditors, particularly including the plaintiff in this action.

13.    Said individual defendants recklessly, negligently and fraudulently ordered and caused the said television advertising by the plaintiff to be rendered and utilized by Collectors Art, Inc., while having knowledge of the financial condition of Collectors Art, Inc., and knowing that said corporation would be unable to pay the plaintiff even as it ordered and received the television advertising services rendered by the plaintiff.

14.    By reason of the foregoing, defendants Martin Hancock and Linda Hancock were and are personally liable to the plaintiff for the said obligation.

### AS AND FOR A THIRD CAUSE OF ACTION

15.    Plaintiff repeats and re alleges each and every allegation contained in paragraphs 1 through 14 of this complaint.

2

16.     Defendants Nancy A. Ross and High Ridge Partners, Inc. have acted as an assignee for the benefit of creditors of Collectors Art, Inc.

17.     Said defendants, despite knowing of the financial condition of Collectors Art, Inc., and despite their knowledge of the fraudulent and negligent obtaining of the services in question from the plaintiff at a time when said corporation was obviously insolvent and unable to pay its creditors, have contributed to the fraud practiced upon creditors by defendants Collectors Art, Inc., Martin Hancock and Linda Hancock.

18.     By reason of the foregoing, and by reason of defendants Ross and High Ridge acting in concert with Collectors Art, Inc., Martin Hancock and Linda Hancock, the said defendants Ross and High Ridge were and are personally liable to the plaintiff for the said debts incurred by Collectors Art, Inc., Martin Hancock and Linda Hancock.

WHEREFORE, plaintiff demands judgment against defendants and each of them in the sum of $214,990.00 with interest from January 27, 2007 and the costs and disbursements of this action.

Yours, etc.

MARTIN S. COLE
Attorney for Plaintiff
67 Wall Street – 22nd Floor
New York, NY 10005-3111
(212) 929-0606

Dated: March 19, 2007

3