UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE HOLWELL**

| Plaintiff | Case No. |
|---|---|
| CBS INC. -v- COLLECTORS ART, INC., MARTIN HANCOCK, LINDA HANCOCK, NANCY A. ROSS & HIGH RIDGE PARTNERS, INC. Defendant | 07 CV 4151 Rule 7.1 Statement |

MAY 29 2007

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for COLLECTORS ART, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: May 29, 2007

Signature of Attorney

**Attorney Bar Code:**

John G. McCarthy (JM-2635)
Bainton McCarthy LLC
26 Broadway, Suite 2400
New York NY 10004
(212) 480-3500

Form Rule7_1.pdf