NEW YORK COUNTY CLERK'S OFFICE

MAY 3 1 2007

NOT COMPARED WITH COPY FILE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
CBS, INC., :

                Plaintiff, :

  - against - :

COLLECTORS ART, INC., MARTIN :
HANCOCK, LINDA HANCOCK,
NANCY A. ROSS, and :
HIGH RIDGE PARTNERS, INC.,
                  :

               Defendants. :
------------------------------X

Federal Docket No.
07 Civ. 4151 (RJH)

State Index No. 601018-07

**NOTICE THAT ACTION HAS BEEN REMOVED**

      PLEASE TAKE NOTICE that defendants Collectors Art, Inc., Martin Hancock and Linda Hancock (hereinafter collectively referred to as "Defendants") have removed this action to the United States District Court for the Southern District of New York Court by filing a Notice of Removal, a copy of which is annexed hereto, in the Office of the Clerk of that court on May 29, 2007.

Dated: New York, New York
       May 31, 2007

David P. Leibowitz
LEIBOWITZ LAW CENTER
420 West Clayton Street
Waukegan, Illinois 60085-4216
(847) 249-9100

- and -

BAINTON MCCARTHY LLC

By: _____
    John G. McCarthy (JM-2635)

26 Broadway, Suite 2400
New York, New York 10004
(212) 480-3500
*Attorneys for Defendants*
Collectors Art Inc., Martin Hancock
  and Linda Hancock

-1-

To:    Clerk of the Supreme Court
County of New York
60 Centre Street
New York, New York 10007

Martin S. Cole, Esq.
*Attorney for Plaintiff*
67 Wall Street – 22nd Floor
New York, New York 10005-3111
(212) 929-0606

-2-

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

  Sarah A. McGrath, being duly sworn, deposes and says: I am not a party to this action, am over 18 years of age and reside in the County of Nassau, State of New York.

  On May 31, 2007, I caused a true and correct copy of the foregoing *Notice that Action Has Been Removed* to be served on the following via hand delivery:

    Clerk of the Supreme Court
    County of New York
    60 Centre Street
    New York, New York 10007

    Martin S. Cole, Esq.
    67 Wall Street – 22nd Floor
    New York, New York 10005-3111

                     _____
                       Sarah A. McGrath

Sworn to before me this
31st day of May, 2007

_____
Notary Public

MICHAEL T. ROUSSEL
Notary Public, State of New York
No. 01RO6156831
Qualified in Richmond County
Commission Expires December 4/2010