# Exhibit A

B 106—Summons with notice, blank court, personal or substituted service. 12 pt. type, 4-94

© 1993 JULIUS BLUMBERG, INC.
PUBLISHER, NYC 10013

SUPREME COURT: NEW YORK COUNTY

CBS, INC.

Plaintiff(s)

against

COLLECTORS ART, INC., MARTIN HANCOCK,
LINDA HANCOCK, NANCY A. ROSS & HIGH RIDGE
PARTNERS, INC.

Defendant(s)

Index No.
Date purchased

Plaintiff(s) designate(s)
NEW YORK
County as the place of trial.

The basis of the venue is
Plaintiff resides in
New York County

Summons
with Notice

Plaintiff(s) reside(s) at
565 Fifth Avenue
New York, NY 10017
County of New York

To the above named Defendant(s)

**You are hereby summoned** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, March 19, 2007

MARTIN S. COLE
Attorney(s) for Plaintiff

Defendant's address:
Collectors & Hancock: 7710 Formula Place, Ste. A
   San Diego, CA 92121
   c/o: Charles T. Williams
Collectors: 1108 Heinz Dr., East Dundee, IL 60118
* Notice: The nature of this action is

   Services Rendered

*Ross & High Ridge: 140 So. Dearborn St., Chicago, IL 60603

The relief sought is Judgement for $214,990.00 plus interest, costs & disbursements

Office and Post Office Address
67 Wall Street, 22nd Floor
New York, NY 10005-3111
(212) 929-0606

Upon your failure to appear, judgment will be taken against you by default for the sum of $214,990.00 with interest from January 27, 2007 and the costs of this action.

EXHIBIT
A

**COMPLETE THIS STUB**

Endorse This INDEX NUMBER ON All Papers and advise your adversary of the number assigned. Sec. 202.5, Uniform Rules Of Trial Courts

DO NOT DETACH

Title of Action or Proceeding to be TYPED or PRINTED by applicant
SUPREME COURT, NEW YORK COUNTY

CBS, INC
v.
Collectors Pot, Inc.

INDEX NUMBER FEE
$210.00

0760 1018