the undersigned, an attorney admitted to practice in the courts of New York State,

☒ Certification by Attorney — certify that the within SUMMONS + COMPLAINT has been compared by me with the original and found to be a true and complete copy.

☐ Attorney's Affirmation — state that I am the attorney(s) of record for

action; I have read the foregoing _____ in the within and know the contents thereof; the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters I believe it to be true. The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

affirm that the foregoing statements are true, under the penalties of perjury.
ated: APRIL 30, 2007

_____
The name signed must be printed beneath

MARTIN S. COLE

STATE OF NEW YORK, COUNTY OF _____ ss.:

the undersigned, being duly sworn, depose and say: I am

☐ Individual Verification — in the action; I have read the foregoing and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ Corporate Verification — the _____ of _____ a _____ corporation and a party in the within action; I have read the foregoing and know the contents thereof; and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This verification is made by me because the above party is a corporation and I am an officer thereof.

he grounds of my belief as to all matters not stated upon my own knowledge are as follows:

worn to before me on

_____
The name signed must be printed beneath

STATE OF NEW YORK, COUNTY OF _____ ss.:  (If more than one box is checked—indicate after names type of service used.)

the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at

I served the within

☐ Service By Mail — by mailing a copy to each of the following persons at the last known address set forth after each name below.

☐ Personal Service on Individual — by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as a party therein.

☐ Service by Electronic Means — by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

☐ Overnight Delivery Service — by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

Sworn to before me on

_____
The name signed must be printed beneath

======================= NOTICE OF ENTRY =======================

PLEASE take notice that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on                 20

Dated,

Yours, etc.,
**MARTIN S. COLE**
*Attorney for* Plaintiff

*Office and Post Office Address*
67 WALL STREET, 22ND FLR.
NEW YORK, NEW YORK 10005-3111

To

Attorney(s) for

======================= NOTICE OF SETTLEMENT =======================

PLEASE take notice that an order

of which the within is a true copy will be presented for settlement to the Hon.

one of the judges of the within named Court, at

on                                        20
at               M.
Dated,

Yours, etc.,
**MARTIN S. COLE**
*Attorney for* Plaintiff

*Office and Post Office Address*
67 WALL STREET, 22ND FLR.
NEW YORK, NEW YORK 10005-3111

To

Attorney(s) for

---

Index No.                                  Year 20

SUPREME COURT:   NEW YORK COUNTY

CBS, INC.

                                                Plaintiff

                    -against-

COLLECTORS ART, INC.,
MARTIN HANCOCK, LINDA HANCOCK,
NANCY A. ROSS & HIGH RIDGE
PARTNERS, INC.

                                                Defendants

======================================

SUMMONS AND COMPLAINT

======================================

*Attorney for* **MARTIN S. COLE**
              Plaintiff

*Office and Post Office Address, Telephone*
57 WALL STREET, 22ND FLR.
NEW YORK, NEW YORK 10005-3111
(212) 929-0606

To

Attorney(s) for

Service of a copy of the within                    is hereby admitted.

Dated,

.................................................

Attorney(s) for

5900—JULIUS BLUMBERG, INC., LAW BLANK PUBLISHERS, NYC 10013