UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
CBS, INC.,

              Plaintiff,

- against -

COLLECTORS ART, INC., MARTIN
HANCOCK, LINDA HANCOCK,
NANCY A. ROSS, and
HIGH RIDGE PARTNERS, INC.,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 4151 (RJH)

STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee, conservator or guardian of the person or property has been appointed, and whereas any corporate party hereto has duly authorized the action taken hereby, and whereas no person not a party hereto has an interest in the subject matter of the above-captioned action, the above-captioned action be, and the same hereby is, dismissed without prejudice and without costs to any party as against any other party.

THIS STIPULATION may be filed with the Court without further notice of any kind.

Dated: New York, New York
       August 3, 2007

By: _____
Martin S. Cole
Attorneys for Plaintiff
67 Wall Street, 22nd Floor
New York, New York 10005
(212) 929-0606

BAINTON McCARTHY LLC

By: _____
John G. McCarthy (JM-2635)
Attorneys for Defendants
26 Broadway, Suite 2400
New York, New York 10017
(212) 480-3500

SO ORDERED

_____
Hon. Richard J. Holwell, U.S.D.J.
Dated: New York, New York
       August 10, 2007

